UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO MERINO,

Petitioner,

v.

CA DEPT OF CORRECTIONS,

Respondent.

No. CV 26-4278-WLH(E)

ORDER ACCEPTING FINDINGS,

CONCLUSIONS AND RECOMMENDATIONS

OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

It is **ORDERED** that Judgment shall be entered denying and dismissing the Petition with prejudice.

It is further **ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner.

Dated: July 13, 2026.

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE