JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO MERINO,<br>Petitioner,<br>v.<br>CA DEPT OF CORRECTIONS,<br>Respondent. | No. CV 26-4278-WLH(E)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

It is **ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: July 13, 2026.

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE